1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAMONE T. BLUE,

                         Plaintiff,

     v.

CORRECTIONS OFFICER HOUSE, *et al*.,

                     Defendants.

Case No. C10-1574-JCC-JPD

REPORT AND RECOMMENDATION

On September 30, 2010, plaintiff Lamone Blue presented to this Court for filing a civil

rights complaint and an application to proceed with this action *in forma pauperis*, ("IFP").  (*See*

Dkt. No. 1.)  Upon review of plaintiff's submissions, the Clerk determined that plaintiff's

application to proceed IFP was deficient because plaintiff failed to submit the proper IFP form

and because he failed to provide a certified copy of his trust account statement showing

transactions for the past six months.  (*See* Dkt. No. 3.)  On October 1, 2010, the Clerk sent

plaintiff a letter advising him that he would have to correct these deficiencies not later than

December 1, 2010, and that his failure to do so could result in dismissal of his case.  (*Id*.)  To

date, plaintiff has not responded in any fashion to the Clerk's letter.

REPORT AND RECOMMENDATION
PAGE - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

As plaintiff has had ample time to correct the deficiencies in his IFP application, but has failed to do so, this Court recommends that the instant action be dismissed without prejudice for failure to prosecute.  A proposed Order accompanies this Report and Recommendation.

DATED this 3rd day of January, 2011.

_James P. Donohue_

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2