Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAMONE T. BLUE,

    Plaintiff,

v.

CORRECTIONS OFFICER HOUSE, *et al.*,

    Defendants.

C10-1574-JCC

**ORDER**

This matter comes before the Court upon the report and recommendation of the Honorable James P. Donohue, United States Magistrate Judge. (Dkt. No. 4). Plaintiff has failed to file any objections to the report and recommendation.

The Court hereby ADOPTS the report and recommendation. The Court therefore DISMISSES this matter without prejudice for failure to prosecute.

The Clerk shall send copies of this order to the parties and to Magistrate Judge Donohue.

SO ORDERED this 24th day of February, 2011.

*[signature]*

JOHN C. COUGHENOUR
United States District Judge

ORDER, C10-1574-JCC
Page 1